**Damien Donovan WILLIAMS,
Petitioner,**

v.

**Alberto R. GONZALES, U.S. Attorney
General, Respondent.**

No. 07–1029.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 9, 2007.

Decided: July 19, 2007.

Damien Donovan Williams, Petitioner
Pro Se. M. Jocelyn Lopez Wright, United
States Department of Justice, Washington,
D.C., for Respondent.

Before WILKINSON, MICHAEL, and
MOTZ, Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Damien Donovan Williams, a native and citizen of Jamaica, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reconsider its previous order, which vacated the immigration judge's decision and ordered his removal to Jamaica. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reconsider. *See* 8 C.F.R. § 1003.2(a) (2006); *Jean v. Gonzales*, 435 F.3d 475, 481 (4th Cir.2006). Accordingly, we deny the petition for review for the reasons stated by the Board. *See In Re: Williams*, No. A41–359–137 (B.I.A. Dec. 14, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*